UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Plaintiff                                          JUDGMENT IN A CIVIL CASE

v

CASE NUMBER:

Defendant

JURY VERDICT .  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

DECISION BY COURT.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:                                              CLERK, U.S. DISTRICT COURT

                                                   _____

                                                   By: Deputy Clerk